STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC MORTGAGE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>GARETT WILLIAM MCKAY AND BEHNOUSH AMIRIAN MCKAY,<br><br>Debtor(s). | Case No. 1:09-bk-14122-MT<br><br>Chapter 13<br><br>STIPULATION RE: AVOIDANCE OF LIEN |

This Stipulation is entered into by and between Debtors, Garett William McKay and Behnoush Amirian McKay (hereinafter referred to as "Debtors"), by and through their attorney of record, Kevin T. Simon; and GMAC Mortgage, LLC, (hereinafter referred to as "Creditor"), by and through its attorney of record Pite Duncan, LLP.

**RECITALS**

A. Debtors are the makers of a Note in favor of Quicken Loans Inc. ("Lender") dated October 22, 2004, in the original principal amount of $71,950.00 ("Note"), which is secured by a Second Deed of Trust encumbering the real property at 32915 Red Oak Ct, Castaic, CA 91384 (the "Subject Property"). The Subject Property is more fully described as LOT 12 OF TRACT 45958, AS PER MAP FILED IN BOOK 1267, PAGES TO 79-89, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

/././

B.   Subsequently, all beneficial interest in the Note and the Deed of Trust was sold, assigned and transferred to Creditor.

C.   On or about April 10, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, San Fernando Valley Division and were assigned Case No. 1:09-bk-14122-MT.

**THE PARTIES HEREBY STIPULATE AND AGREE TO JUDGMENT AS FOLLOWS:**

1.   Creditor's claim shall be allowed as a non-priority general unsecured claim in the amount of $71,660.76. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2.   The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge.

3.   Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, this Judgment may be recorded by the Debtors with the Los Angeles County Recorder's Office;

4.   Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5.   In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtors' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/././
/././
/././
/././
/././
/././
/././

6. Each party shall bear their own attorneys' fees and costs incurred in the present Stipulation.

IT IS SO STIPULATED:

Dated: 6/23/09

By: _____
KEVIN T. SIMON
Attorney for Debtor(s)

PITE DUNCAN, LLP

Dated: 6/23/09

By: _____
JOHN B. ACIERNO III
Attorney for GMAC MORTGAGE, LLC

# PROOF OF SERVICE OF ORDER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described STIPULATION RE: AVOIDANCE OF LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 24, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | | |
|---|---|---|
| Honorable Kathleen Thompson | Garett William McKay | Kevin T. Simon |
| United States Bankruptcy Court | Behnoush Amirian McKay | 15233 Ventura Blvd., Suite 300 |
| 21041 Burbank Boulevard | 32915 Red Oak Ct | Sherman Oaks, CA 91403 |
| Woodland Hills, CA 91367-6606 | Castaic, CA 91384 | |
| | | Elizabeth (SV) Rojas |
| | | 15060 Ventura Blvd., Suite 240 |
| | | Sherman Oaks, CA 91403 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2009 | Michael Leewright | /s/ Michael Leewright |
|---|---|---|
| Date | Type Name | Signature |