Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

ORIGINAL



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:

GARETT WILLIAM MCKAY
BENOUSH AMIRIAN MCKAY



DEBTORS

) CHAPTER 13
) CASE NO. SV09-14122-MT
)
) CONF:    Tuesday, August 11, 2009
) TIME:    9:30 am
) PLACE:   Courtroom 302
)          21041 Burbank Blvd.
)          Woodland Hills, CA 91367
)
) ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on August 10, 2009.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on May 20, 2009. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on August 11, 2009, with the following provisions:

1. Payments: Amount of each payment is $441.00. The due date is day 10 of each month for 60 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 0.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

   (a) This is a base plan with the debtor paying $441.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

   (b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

   (c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtors to obtain court permission before incurring debt greater than $500.

   (d) Miscellaneous: Attorney fees of $4,000 allowed @ 100% per court order.

Dated: SEP 10 2009

_____
Maureen Tighe
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| 2 | 15060 Ventura Blvd., Suite 240 |
| | Sherman Oaks, CA 91403 |
| 3 | (818) 933-5700  Fax: (818) 933-5755 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                                    )  CHAPTER 13
                                                          )  CASE NO. SV09-14122-MT
GARETT WILLIAM MCKAY                                      )
BENOUSH AMIRIAN MCKAY                                     )
                                                          )  **PROOF OF SERVICE BY MAIL**
                                                          )
                              DEBTORS                     )
                                                          )

## PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 8/27/2009 I served the following document(s): ORDER CONFIRMING PLAN on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

GARETT WILLIAM MCKAY                          SIMON * RESNIK, LLP
BENOUSH AMIRIAN MCKAY                         ATTORNEYS AT LAW
32915 RED OAK COURT                           15233 VENTURA BLVD, SUITE 300
CASTAIC, CA 91384                             SHERMAN OAKS, CA 91403

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on August 27, 2009.

_____
Sophia Lawrence

Case No. SV09-14122-MT